IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FULLMAN,<br>            Plaintiff, | CIVIL ACTION |
| v. | |
| CITY OF PHILADELPHIA, *et al.*,<br>            Defendants. | NO.  24-969 |

### ORDER

    **AND NOW**, this 27th day of August, 2024, upon consideration of Defendants' Motion for Sanctions (ECF No. 58) and the Responses thereto (ECF Nos. 67, 68) it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying Memorandum Opinion.  It is **FURTHER ORDERED**, upon consideration of Plaintiff's Motion for Leave of Court to File a Motion for Sanctions (ECF No. 69), that Plaintiff's Motion is **GRANTED** but his request for sanctions is **DENIED**.

                                                                **BY THE COURT:**

                                                                /S/Wendy Beetlestone, J.
                                                                _____
                                                                **WENDY BEETLESTONE, J.**