IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW FULLMAN,**<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,** *et al.*,<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>NO.  24-CV-969 |

# ORDER

**AND NOW**, this 8th day of January 2026, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF No. 143), Plaintiff Andrew Fullman's Response in Opposition (ECF Nos. 153 & 154) it is **HEREBY ORDERED** that said Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendants' Motion is **GRANTED** with respect to:

    a. All claims against Officer Johnnie Mae Carter, which are **DISMISSED WITH PREJUDICE.**

    b. All claims under Section 1983 against Assistant District Attorney (ADA) Barbara McDermott related to her alleged failure to disclose exculpatory evidence and use of false or perjured testimony, which are **DISMISSED WITH PREJUDICE**.

    c. Fullman's malicious prosecution claim under the Fourth Amendment against Officer William Dorney, which is **DISMISSED WITH PREJUDICE**.

    d. Fullman's *Monell* claim against the City of Philadelphia regarding municipal policies and customs, which is **DISMISSED WITH PREJUDICE**.

    e. Fullman's state law claims for negligent supervision, *respondeat superior* liability, intentional infliction of emotional distress, and negligent infliction of emotional distress against the City of Philadelphia, which are **DISMISSED WITH PREJUDICE**.

    f. Fullman's negligent infliction of emotional distress claims against Officer Dorney and ADA McDermott are **DISMISSED WITHOUT PREJUDICE**.

2. Defendants' Motion is **DENIED** with respect to:

    a. All Section 1983 and state law claims against Officer David Morrell.

    b. Fullman's intentional infliction of emotional distress claims against Officer Dorney and ADA McDermott.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**